**FILED**

WESLEY J. SCHROEDER - #59977
Attorney at Law
181 Devine Street
San Jose, CA  95110
(408) 277-0377
Attorney for Defendant
DANIEL CHARLES KOCH

APR 25 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket # CR 06-00070-01 JF |
| Plaintiff, | [~~PROPOSED~~] MODIFICATION TO TRAVEL ORDER |
| vs. | |
| DANIEL CHARLES KOCH, | |
| Defendant. | |

Upon application of defendant and good cause appearing,

IT IS HEREBY ORDERED that defendant Daniel Koch is authorized to travel to the district in Illinois which includes the cities of Mount Prospect and Barrington. The defendant shall provide U.S. Pretrial Services Officer Hien Nguyen with his itinerary. All other terms and conditions shall remain in full force and effect.

DATED: April 24, 2006

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA VS. DANIEL CHARLES KOCH CASE # CR 06-00070-01 JF [PROPOSED] MODIFICATION TO TRAVEL ORDER