WESLEY J. SCHROEDER - #59977
Attorney at Law
181 Devine Street
San Jose, CA 95110
(408) 277-0377
Attorney for Defendant
DANIEL CHARLES KOCH

FILED

JUL 24 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,   )<br>  )<br>     vs.                   )<br>  )<br>DANIEL CHARLES KOCH,       )<br>  )<br>            Defendant.    )<br>_____) | Docket # CR 06-00070-01 JF<br><br>ORDER TO RETURN PASSPORT |

Daniel Koch was sentenced on May 24, 2006 and self-surrendered on July 10, 2006. At the time of sentencing, the court orally ordered the return of Mr. Koch's passport. This Order is to confirm said oral order.

IT IS HEREBY ORDERED that the passport for Daniel Koch be released to Attorney Wesley J. Schroeder on behalf of Mr. Koch.

DATED: 7-24-06

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE